IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RODNEY D. SNEED,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:11-CV-3318-L-BH** |
| **KENNETH DARBY**, | § § | |
| Defendant. | § § | |

## ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 31, 2012, recommending that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. No objections were filed to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **without prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and follow court orders.

**It is so ordered** this 24th day of April, 2012.

Sam A. Lindsay
United States District Judge

Order –Solo 1